HYGRADE OIL COMPANY v. NEW JERSEY BANK.

May 4, 1976. Petition for certification denied. (See 138 *N. J. Super.* 112)

STATE OF NEW JERSEY, BY GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF NEW JERSEY v. ARNOLD CONSTABLE CORP.

May 4, 1976. Petition for certification denied. (See 138 *N. J. Super.* 551)

FIDELA ACEVEDO v. GEORGE J. FRANZ.

May 18, 1976. Petition for certification denied.

HYMAN KRAMER v. JOHN A. CRANER.

May 18, 1976. Petition for certification denied.

HELEN BOHONOWSKY v.
NEPTUNE CONTRACTING COMPANY.

May 18, 1976. Petition for certification denied.

HELEN BOHONOWSKY v.
NEPTUNE CONTRACTING COMPANY.

May 18, 1976. Petition for certification denied.